IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELIZABETH ROBEL | * |
| *Plaintiff,* | * Civil Action No. 12-CV-1076 |
| v. | * |
| KIRA, INC., *et al.* | * |
| *Defendants.* | * |

"APPROVED"
8/22/12
Date

William D. Quarles, Jr.
United States District Judge

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Now comes Plaintiff Elizabeth Robel and Defendants Kira, Inc. and Edward Buchanan, who, by and through their undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice, with each party bearing its own attorneys' fees and costs.

Dated: August 20, 2012                                    Respectfully submitted,

_____/s/_____                                           _____/s/_____
Bruce M. Luchansky (Bar No. 08439)                        Leslie Paul Machado (Bar No. 14952)
 lucky@luchanskylaw.com                                    leslie.machado@leclairryan.com
Judd G. Millman (Bar No. 18212)                           LECLAIRRYAN, A PROFESSIONAL
 judd@luchanskylaw.com                                    CORPORATION
LUCHANSKY, P.A.                                           1101 Connecticut Avenue, N.W., Suite 600
606 Bosley Avenue                                         Washington, DC 20036
Suite 3B                                                  (202) 659-6736 (phone)
Towson, Maryland 21204                                    (202) 659-4130 (facsimile)
(410) 522-1020 (phone)
(410) 522-1021 (facsimile)                                *Counsel for Defendants Kira, Inc. and*
                                                          *Edward Buchanan*
*Counsel for Plaintiff Elizabeth Robel*